### Commonwealth v. Coulter, Appellant.

Argued March 24, 1966. *Isaiah W. Crippins,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

PER CURIAM: Judgment of sentence is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

### Commonwealth v. Flamingo Cafe.

Argued March 25, 1966. *Edward J. Osterman,* Special Assistant Attorney General, with him *James Iannucci* and *I. Harry Checchio,* Special Assistant Attorneys General, *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellant; *Thomas J. McBride,* with him *Howard Gittis, and Wolf, Block, Schorr and Solis-Cohen,* for appellee.

Order affirmed.

ERVIN, P. J., and MONTGOMERY, J., dissented.